1  Nancy Hersh (SBN 49091)
2  nhersh@hershlaw.com
   Hersh & Hersh
3  601 Van Ness Avenue #2080
4  San Francisco, California 94102
   Phone:  415-441-5544
5  Fax:    415-441-7586

6
   Ronnie G. Penton (LABN 10462)
7  fedcourtmail@thepentonlawfirm.com
   The Penton Law Firm
8  503 Georgia Avenue
9  Bogalusa, Louisiana 70427
   Phone:  985-732-5651
10 Fax:    985-735-5579

11
   Francois M. Blaudeau (ALBN 7722D32F)
12 francois@southernmedlaw.com
13 Evan Taylor Rosemore (ALBN 3760n10b)
   evan@southernmedlaw.com
14 2224 First Avenue North
15 Birmingham, Alabama 35203
   Phone:  (205) 547-5525
16

17 Leah F. Walsh (CT 432036)
   leah@thepentonlawfirm.com
18 295 Southbury Road
19 Roxbury, Connecticut 06783
   Phone: (203) 942-3731
20 *Attorneys for Plaintiff*

21              **IN THE UNITED STATES DISTRICT COURT**
22              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN JOSE DIVISION**

23 | **SHEILA NEGRON** | * | Civil Action No. 5:18-cv-02207-LHK |
   | Plaintiff | * | |
24 | versus | * | NOTICE OF MOTION AND |
25 |  | * | MOTION TO WITHDRAW AS COUNSEL |
   | **INTUITIVE SURGICAL, INC.** | * | FOR PLAINTIFF; [PROPOSED] ORDER |
26 | Defendant | * | GRANTING MOTION TO WITHDRAW |
27 |  | * | Date:  April 11, 2019 |
   |  | * | Time:  1:30 p.m. |
28 | ****************************** |  | Judge: The Hon. Lucy H. Koh |

## NOTICE OF MOTION

### TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on Thursday, April 11, 2019, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Lucy H. Koh, United States District Judge, Courtroom 8, 4th Floor, of the United States District Court for the Northern District of California, San Jose Division, 280 South 1st Street, San Jose, California 95113, Movers, Ronnie G. Penton, Nancy Hersh, Francois M. Blaudeau, Evan Taylor Rosemore, and Leah F. Walsh, shall and hereby do respectfully seek Leave of this Court, pursuant to LOCAL RULE 11-5(a) and in compliance with CAL. R. PROF. CONDUCT 3-700, to withdraw as counsel for Plaintiff, Sheila Negron.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Local R. 11-5, Movants, Ronnie G. Penton, Nancy Hersh, Francois M. Blaudeau, Evan Taylor Rosemore, and Leah F. Walsh, hereby notify the parties and the Court of their intent to withdraw as counsel for Plaintiff. Movants state the following grounds for this notice and motion:

1. This Court granted Ronnie G. Penton Leave to appear *pro hac vice* in this action pursuant to its order dated July 17, 2018;

2. This Court granted Francois M. Blaudeau Leave to appear *pro hac vice* in this action pursuant to its order dated July 20, 2018;

3.      This Court granted Evan T. Rosemore Leave to appear *pro hac vice* in this action pursuant to its order dated February 20, 2019;

4.      This Court granted Leah F. Walsh Leave to appear *pro hac vice* in this action pursuant to its order dated March 11, 2019;

5.      Nancy Hersh entered into this action pursuant to Notice of Substitution of Counsel, filed on July 17, 2018.

6.      Movants have notified Plaintiff of their intent to withdraw as her counsel of record.

7.      Plaintiff has notified Movers of her intent to retain counsel to continue her representation in the above captioned matter.

8.      On March 5, 2019, counsel had a telephone conversation with Plaintiff wherein she advised of her intent to retain other counsel and on March 6, 2019, counsel forwarded to Plaintiff a copy of her file to turn over to her new counsel.  Additionally, on March 7, 2019, counsel forwarded another letter to Plaintiff advising of their intent to withdraw and on March 15, 2019, Movers sent another correspondence to Plaintiff reiterating all prior communication with Plaintiff and, once again, communicating her rights to her and advising that we will be filing a Motion to withdraw from her case. Plaintiff, once again, on March 13, 2019 advised counsel that she would be retaining the services of another lawyer.

9.      Since Movers have received no notice that another attorney will be entering an appearance on behalf of Plaintiff, and in an effort to alleviate any burden on the parties

and this Court, Movers have advised Plaintiff that, until she retains new counsel, they are willing to proceed on her behalf in the capacity of Conditional Withdrawal, pursuant to LOCAL RULE 11-5(b).  Plaintiff has acknowledged her understanding that Movers will no longer be representing her, other than in the sole capacity to forward all filed documentation to her, until another another attorney can enroll on her behalf.

Given the nature of this Motion, as well as the substantial burden to all parties in travelling and attending a hearing on this Motion, Movants respectfully request that the Court waive oral argument.

THEREFORE, Movants, Ronnie G. Penton, Nancy Hersh, Francois M. Blaudeau, Evan Taylor Rosemore, and Leah F. Walsh, respectfully request that this Court waive oral argument on this Motion, grant them Leave to withdraw as counsel in the above-captioned matter, and enter an order stating that Movants have so withdrawn.

Dated: March 25, 2019

/s/Ronnie G. Penton
Ronnie G. Penton (LA Bar 10462)
fedcourtmail@thepentonlawfirm.com
The Penton Law Firm
503 Georgia Avenue
Bogalusa, Louisiana 70427
Phone:   985-732-5651
Fax:     985-735-5579

Nancy Hersh (SBN 49091)
nhersh@hershlaw.com
HERSH & HERSH
601 Van Ness Avenue #2080
San Francisco, California  94102
Phone:  415-441-5544
Fax:     415-441-7586

1
2  Francois M. Blaudeau (ALBN 7722D32F)
   francois@southernmedlaw.com
3  Evan Taylor Rosemore (ALBN 3760n10b)
   evan@southernmedlaw.com
4  2224 First Avenue North
5  Birmingham, Alabama  35203
   Phone:   (205) 547-5525
6
7  Leah F. Walsh (CT 432036)
   leah@thepentonlawfirm.com
8  295 Southbury Road
9  Roxbury, Connecticut  06783
   Phone:  (203) 942-3731
10
11 *Attorneys for Plaintuiff, Sheila Negron*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for the following parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

>Allen J. Ruby (Allen.Ruby@skadden.com)
>Emily Reitmeier (Emily.Reitmeier@skadden.com)
>SKADDEN ARPS SLATE MEAGHER & FLOM LLP
>525 University Avenue, Suite 1400
>Palo Alto, California  94301
>
>Gregory D. Hull (greg@ellenberghull.com)
>LAW OFFICES OF STEVEN A. ELLENBERG
>4 North 2nd Street, Suite 1240
>San Jose, California 95113
>
>Taylor F. Brinkman (tbrinkman@lockelord.com)
>Seth M. Roberts (sroberts@lockelord.com)
>LOCKE LORD LLP
>2200 Ross Avenue, Suite 2800
>Dallas, Texas  75201
>
>Thomas E. Fox (Thomas.Fox@skadden.com)
>SKADDEN ARPS SLATE MEAGHER & FLOM LLP
>4 Times Square
>New York, New York  10036
>
>Steven F. Napolitano (snapolitano@skarzynski.com)
>SKARZYNSKI BLACK LLP
>One Battery Park Plaza
>New York, New York  10004

Lori E. Hammond (lhammond@fbtlaw.com)
FROST BROWN TODD LLC
400 West Market Street, Suite 3200
Louisville, Kentucky  40202
Nancy Danforth Wuamett (Nancy.Wuamett@Skadden.com)
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C.  20005

Tracy J. Van Steenburgh (tvan@nilanjohnson.com)
Scott M. Rusert (srusert@nilanjohnson.com)
NILAN JOHNSON LEWIS PA
120 South Sixth Street, Suite 400
Minneapolis, Minnesota  55402

Michael Franklin Smith (michael.smith@mcafeetaft.com)
McAFEE TAFT
Two West Second Street, Suite 1100
Tulsa, Oklahoma  74103

*Counsel for Defendant, Intuitive Surgical, Inc.*

March 25, 2019.

       s/Ronnie G. Penton
       Ronnie G. Penton